UNITED STATES BANKRUPTCY COURT

PAGE 1

REPORT PRINTED 11/06/03

IN RE:  RICARDO R. MOORE                    CASE NO.
        1812 B SANTA FE ST                   9743926

        WAHIAWA, HI           96786-0000

              FINAL REPORT AND ACCOUNT        SS #1: 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
                                              SS #2: 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
  COMPLETED
  PLAN FILED DATE: Dec 22, 1997   PLAN CONFIRMED: Jul  8, 1998   CASE CONCLUDED: Jan 13, 2003
  ATTORNEY         JOHN E PYTTE

Your Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.  Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of Creditors.          17700.00

| CREDITOR NAME | CLM # | CLASS | CLAIM AMOUNT | DEBT ALLOWED | TOTAL * PAID | BALANCE DUE |
|---|---|---|---|---|---|---|
| CLERK OF U S BANKRUPTCY COURT | 0001 | PRI | .50 | .50 | .50 | .00 |
| FIRST FAMILY FINANCIAL SVC | 0002 | SEC | 195.73 | 195.73 | 249.16 | .00 |
| * INCLUDES INTEREST PAID AT 12.00 % OF $ 53.43 | | | | | | |
| PIONEER MILITARY LENDING OF GA | 0003 | SEC | 858.00 | 858.00 | 1083.59 | .00 |
| * INCLUDES INTEREST PAID AT 12.00 % OF $ 225.59 | | | | | | |
| FRIEDMAN'S JEWELERS | 0004 | SEC | 726.71 | 726.71 | 917.81 | .00 |
| * INCLUDES INTEREST PAID AT 12.00 % OF $ 191.10 | | | | | | |
| W S BADCOCK | 0005 | SEC | 1148.22 | 1148.22 | 1450.11 | .00 |
| * INCLUDES INTEREST PAID AT 12.00 % OF $ 301.89 | | | | | | |
| HEILIG MEYERS | 0006 | SEC | 1012.42 | 1012.42 | 1278.59 | .00 |
| * INCLUDES INTEREST PAID AT 12.00 % OF $ 266.17 | | | | | | |
| CITIBANK (NEW YORK STATE) | 0007 | UNS | 2739.62 | 1005.17 | 1005.17 | .00 |
| THE PEOPLES BANK & TRUST CO. | 0008 | OTH | 3715.59 | 3715.59 | .00 | .00 |
| FIRST UNION NATIONAL BANK | 0009 | SEC | 5864.00 | 5864.00 | 7405.80 | .00 |
| * INCLUDES INTEREST PAID AT 12.00 % OF $ 1541.80 | | | | | | |
| PATRIOT LOAN CO | 0010 | UNS | 304.50 | 111.72 | 111.72 | .00 |
| AAFES | 0011 | UNS | 998.19 | 366.24 | 366.24 | .00 |
| IRS - STOP 334-D ROOM 415 | 0012 | OTH | 15000.00 | .00 | .00 | .00 |
| HOUSEHOLD RETAIL SERVICES | 0013 | SEC | 1398.34 | 1398.34 | 1765.99 | .00 |
| * INCLUDES INTEREST PAID AT 12.00 % OF $ 367.65 | | | | | | |
| CLERK OF U S BANKRUPTCY CRT | 991 | ADM | 130.00 | 130.00 | 130.00 | .00 |
| CLERK U S BANKRUPTCY COURT | 994 | ADM | .00 | .00 | .00 | .00 |
| JOHN E PYTTE | 999 | ATY | 950.00 | 950.00 | 950.00 | .00 |
| PIONEER MILITARY LENDING OF GA | 2003 | UNS | 250.67 | 91.97 | 91.97 | .00 |
| HOUSEHOLD RETAIL SERVICES | 2013 | UNS | 349.59 | 128.26 | 128.26 | .00 |
| CHAPTER 13 TRUSTEE | | TRU | 762.35 | 762.35 | 762.35 | .00 |
| RICARDO R. MOORE | | REFUNDS | | | 2.74 | |
| RICARDO R. MOORE | | RETURNS | | | 2565.97 | |

|  | SECURED | PRIORITY | UNSECURED | ADMIN | ATTY | OTHER |  |  |
|---|---|---|---|---|---|---|---|---|
| DEBT | 11203.42 | .50 | 1703.36 | 892.35 | 950.00 | 3718.33 | TOTAL PAID | |
| PAID | 14151.05 | .50 | 1703.36 | 892.35 | 950.00 | 2.74 | 17700.00 | |

WHEREFORE, your Trustee certifies that this case has been fully administered.  Further, your Trustee prays that a final decree be entered discharging her as Trustee and releasing the Trustee and her surety from any and all liability on account of these proceedings.

SIGNATURE NOT VALID FOR BANKING TRANSACTIONS

_____
Sylvia Ford Brown, Trustee